David M. Grey, Esq. Bar #124793
david@greyslaw.com
Grey & Grey
2800 28th St., Suite 330
Santa Monica, CA 90405
310/444-1980   fax 310/444-1970

Attorneys for Plaintiff R.F.
by his Guardian Ad
Litem Sean Frankel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.F. a minor by his Guardian Ad Litem, Sean Frankel,<br><br>Plaintiff,<br><br>vs.<br><br>Delano Union School District,<br><br>Defendants. | Case No. 16cv01796-LJO-JLT<br><br>[Proposed] ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br>(Doc. 25) |

Having reviewed the Stipulation to Continue Initial Scheduling Conference, the court grants the request. The Initial Scheduling Conference is continued from March 1, 2017 to **March 22, 2017** at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **February 14, 2017**              **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE