1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11   R.F. though his guardian ad litem,          Case No.: 1:16-cv-01796 LJO JLT

12                  Plaintiff,                    **ORDER CLOSING CASE**

13          vs.

14   Delano Union School District,

15                  Defendant.

16

17          The parties have filed as stipulation to dismiss this action with prejudice, with each party to

18   bear their own attorney fees and costs. (Doc. 33)  Federal Rules of Civil Procedure 41(a)(1)

19   provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of

20   dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice

21   has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P.

22   41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court

23   is DIRECTED to close this action in light of the stipulation signed pursuant to Rule 41(a).

24

25   IT IS SO ORDERED.

26      Dated:   **May 4, 2017**                    _____**/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER